UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE 4:19-CR-0165 |
| v. | ) | |
| | ) | |
| TINA RENEE FOLDEN, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Having considered the Motion for Leave of Absence filed by Edgar D. Bueno, counsel for Defendant, in the above-referenced case,

IT IS HEREBY ORDERED and ADJUDGED that the Motion is GRANTED and Leave of Absence for counsel will be allowed on the following dates: (i) November 4, 2019 through November 5, 2019; (ii) November 27, 2019 through November 29, 2019; and (iii) December 23, 2019 through January 3, 2020.

SO ORDERED, this 21st day of October, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA